THE STATE OF OHIO, APPELLEE, *v.* HAYNES, APPELLANT.

[Cite as *State v. Haynes,* 130 Ohio St.3d 360, 2011-Ohio-5787.]

*Discretionary appeal accepted and cause remanded to the court of appeals for application of* State v. Williams.

(No. 2011-1219—Submitted October 18, 2011—Decided November 15, 2011.)

APPEAL from the Court of Appeals for Hamilton County, No. C-100381.

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The cause is remanded to the court of appeals for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

_____

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Paula Adams, Assistant Prosecuting Attorney, for appellee.

Dinsmore & Shohl, L.L.P., and Michael J. Newman, Christopher R. McDowell, and Kurt R. Hunt, for appellant.

_____